# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 46635

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

ROBERT LEROY DALEY, JR.,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: June 21, 2019

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

---

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Melissa Moody, District Judge.

Judgment of conviction and aggregate unified sentence of twenty years, with a minimum period of confinement of four years, for two counts of sexual exploitation of a child, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; HUSKEY, Judge;
and BRAILSFORD, Judge

---

PER CURIAM

    Robert Leroy Daley, Jr. pleaded guilty to two counts of sexual exploitation of a child, Idaho Code § 19-2513. The district court imposed an aggregate twenty-year sentence, with four years determinate. Daley appeals, contending that his sentence is excessive.

    Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Daley's judgment of conviction and sentence are affirmed.